IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COOPERATIVES SERVICES
OF FLORIDA, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D14-1345

v.

DEPARTMENT OF
MANAGEMENT SERVICES,
and MINNESOTA
MULTISTATE CONTRACTING
ALLIANCE FOR PHARMACY,

     Appellees.

_____/

Opinion filed November 14, 2014.

An appeal from an Order of the Department of Management Services.
Craig J. Nichols, Secretary.

Albert T. Gimbel, Bryan Duke and Robert J. Telfer, III, of Messer Caparello, P.A.,
Tallahassee, for Appellant.

Matthew F. Minno, Deputy General Counsel, Scott W. Foltz, Chief Litigation
Counsel, and Katie B. Privett, Assistant General Counsel, Tallahassee, for
Appellee, Department of Management Services.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON, and SWANSON, JJ., CONCUR.